IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DOUGLAS FAULK,                      )
                                    )
    Plaintiff,                      )
                                    )
                                    )    CIVIL ACTION NO.
    v.                              )      1:08cv1015-MHT
                                    )           (WO)
MIDLAND CREDIT MANAGEMENT           )
INC., a foreign                     )
corporation, COUNTRYWIDE            )
HOME LOANS, a foreign               )
corporation, EXPERIAN               )
INFORMATION SOLUTIONS,              )
INC., a foreign                     )
corporation, EQUIFAX                )
INFORMATION SERVICES, LLC,          )
a foreign limited limited           )
liability company,                  )
                                    )
    Defendants.                     )
```

JUDGMENT

Counsel for those defendants that have responded to the complaint, having orally informed the court that they do not object, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (Doc. No. 13) is granted and that this cause is dismissed in its entirety without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 16th day of March, 2009.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**